FRITH et al. v. PEOPLE'S TRUST CO. et al. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Emerentiana Frith and another against the People's Trust Company, as administrator, etc., and another.

PER CURIAM. Judgment and order affirmed, with costs.

HIRSCHBERG, P. J., dissents, on the ground that the whole case should have been submitted to the jury.

GALAUTOWICZ, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 5, 1909.) Action by Piotr Galautowicz against the Prudential Insurance Company of America.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., not voting.

GAMBINO, Appellant, v. ROMEO, Respondent. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Aspero Gambino, an infant, by Pietro Gambino, his guardian ad litem, against Francesco Romeo. No opinion. Order, in so far as appealed from, affirmed, and plaintiff's exceptions overruled, with costs.

GARDNER, Respondent, v. THE ROYCROFTERS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 5, 1909.) Action by Frederick W. Gardner against The Roycrofters and another.

PER CURIAM. It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, said appeal is ordered transferred to the Appellate Division of the Third Judicial Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. See, also, 103 N. Y. Supp. 635, 637; 119 App. Div. 923, 105 N. Y. Supp. 1116.

KRUSE, J., not sitting.

In re GARNER. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Appeal from Special Term, New York County. Application by Elizabeth M. Garner for an order to compel an attorney to deliver up papers pending litigation. From an order granting the application on certain conditions and directing reference to determine the amount of the attorney's lien, the petitioner appeals. Modified. L. Zinke, for appellant. E. A. Watson, for respondent.

PER CURIAM. The order appealed from should be modified, by striking out the provision for a reference, and by providing that the papers shall be delivered up to the petitioner upon payment by her of the sum of $1,500, or upon the giving by her of a bond in the sum of $3,000, to be approved by the court, conditioned for the payment of any sum which may be awarded to the attorney in any action or proceeding to establish his claim to compensation. As so modified, the order should be affirmed, without costs.

GARVEY, Appellant, v. OLDBURY ELECTRO-CHEMICAL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 12, 1909.) Action by Edward Garvey against the Oldbury Electro-Chemical Company. No opinion. Order affirmed, without costs. Retaxation to be had before Niagara county clerk on May 24, 1909, at 10:30 a. m.

GEISMAN & MUSLINER, Respondents, v. HABER et al., Appellants. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by Geisman & Musliner against Samuel Haber and others. A. L. Kalman, for appellants. T. Prince, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GENESEE RIVER R. CO., Appellant, v. BOYINGTON, Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. May 19, 1909.) Action by the Genesee River Railroad Company against Ella M. Boyington, impleaded. No opinion. Order (60 Misc. Rep. 416, 112 N. Y. Supp. 343) affirmed, with costs.

GEOGHAGAN, Respondent, v. PRATT, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Mary Geoghagan against Annie A. Pratt. No opinion. Judgment of the Municipal Court affirmed, with costs.

GIFFORD, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Edmund T. Gifford against the City of New York. A. P. Bachman, for appellant. T. Farley, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GILDER, Respondent, v. LINDHEIM, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Joseph W. Gilder against Moses Lindheim. No opinion. Order affirmed, with $10 costs and disbursements.

GLAZIER, Appellant, v. QUINN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 12, 1909.) Action by Cyrus F. Glazier against William Quinn. No opinion. Motion to dismiss appeal denied, without costs. Case ordered placed at foot of present calendar, to be argued at present term of court.

GLEASON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Nona M. Gleason against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and ROBSON, JJ., dissent, upon the ground that the verdict is excessive;

also that errors were committed in the admission of evidence.

GOLTON v. SULLIVAN (three cases). (Supreme Court, Appellate Division, First Department. May 28, 1909.) Actions by Frank S. Golton against Lawrence M. Sullivan. No opinions. Motions granted, with $10 costs. Orders filed.

GOODALE, Respondent, v. CAREY, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Benjamin E. Goodale against John B. Carey. No opinion. Judgment and order affirmed, with costs.

GREEN v. PARSONS et al. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Samuel K. Green against William A. Parsons, Gurdon W. Fitch, as administrator, and others. No opinion. Order affirmed, with $10 costs and disbursements.

GREENBAUM v. PERLMUTTER. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Appeal from Special Term, New York County. Action by Isaac Greenbaum against Annie Perlmutter. From an order denying plaintiff's motion to restore the action for trial, and from an order of discontinuance, plaintiff appeals. Modified. See, also, infra. Charles S. Rosenthal, for appellant. Jacob L. Holtzmann, for respondent.

PER CURIAM. The order of February, 19, 1909, as resettled by the order of March 8, 1909, is modified, by permitting the plaintiff to discontinue the action on payment of taxable costs. If such costs be not paid within 10 days from the service of a copy of the order to be entered hereon, then the order of March 20, 1909, is reversed, with $10 costs and disbursements to the appellant, and the motion to vacate the order of February 19th as resettled by the order of March 8th, is granted.

GREENBAUM v. PERLMUTTER. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by Isaac Greenbaum against Annie Perlmutter. No opinion. Motion to dismiss appeal denied, with $10 costs, with leave to move this court for permission to have the record returned to the county clerk for correction. Settle order on notice. See, also, supra.

GRIFFIN, Appellant, v. BRADY, Respondent. (Supreme Court, Appellate Division, First Department. May 21, 1909.) Action by George W. Griffin against Daniel M. Brady. J. E. O'Brien, for appellant. J. M. Stearns, for respondent.

PER CURIAM. Order affirmed, with costs to abide event. Order filed.

PATTERSON, P. J., and CLARKE, J., dissent.

HALLEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by James A. Halley against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs, on the authority of Vroom v. N. Y. C. & H. R. R. Co., 129 App. Div. 858, 115 N. Y. Supp. 1063.

HALLOCK, Respondent, v. NEW YORK, O. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 5, 1909.) Action by Maggie Hallock, as administratrix, etc., against the New York, Ontario & Western Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

HERBERT v. HUMPHREYS et al. (Supreme Court, Appellate Term. June 25, 1909.) Appeal from Municipal Court, Borough of Manhattan, Third District. Action by George W. Herbert against Harriet Humphreys and another. From a judgment dismissing the complaint, and awarding to defendant Harriet Humphreys the possession of the chattels replevined, or their alleged value, plaintiff appeals. Reversed, and new trial ordered. Herman W. Booth, for appellant. Hugart F. Norman, for respondent.

PER CURIAM. This case was so carelessly tried by counsel for both sides, the evidence is so unsatisfactory, and the judgment rendered is so clearly without support in the evidence, that justice requires that a new trial be ordered. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

HESS v. KRACH. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Katie Hess, as administratrix, etc., of Lizzie Hoffman, deceased, against John Krach. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the plaintiff's intestate did not own the property, and, moreover, she never made a deed of it to the defendant.

HICKOK, Respondent, v. AUBURN LIGHT, HEAT & POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 5, 1909.) Action by Caroline A. Hickok, as executrix, etc., against the Auburn Light, Heat & Power Company. No opinion. Order affirmed, with $10 costs and disbursements.

HIRSCH, Respondent, v. HOROWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Max Hirsch against Adolph Horowitz. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the first set of plans was never approved by the tenement